UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **ROBERT J. WATSON, IV,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>**sued as Michael J. Astrue,** )<br>)<br>**Defendant.** ) | Case No. 08-2173 |

# REPORT AND RECOMMENDATION

In November 2007, Administrative Law Judge (hereinafter "ALJ") Joseph Warzycki denied Plaintiff Robert Watson, IV's application for disability insurance benefits (hereinafter "DIB") and supplemental security income (hereinafter "SSI"). The ALJ based his decision on findings that, although Plaintiff suffers from a severe impairment, he retains the capability to perform past relevant work, therefore he is not disabled within the meaning of the Social Security Act.

In July 2008, Plaintiff filed a Complaint (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny DIB and SSI. In February 2009, Plaintiff filed a Motion for Summary Judgment (#12). In May 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).

After reviewing the administrative record and the parties' memoranda, this Court recommended in a Report and Recommendation that Plaintiff's Motion for Summary Judgment (#12) be granted. Consistent with the Court's reasoning in the Report and Recommendation recommending granting motion (#12), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **DENIED.**

ENTER this 14th day of September, 2009.

                                       s/ DAVID G. BERNTHAL
                                       U.S. MAGISTRATE JUDGE