**E-FILED**
Monday, 05 October, 2009  05:01:09 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **ROBERT J. WATSON, IV,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 08-CV-2173** |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Two Reports and Recommendations (#16, #17) were filed by Magistrate Judge David G. Bernthal in the above cause on September 14, 2009.  More than ten (10) days have elapsed since the filing of the Recommendations and no objections have been made.  See 28 U.S.C. § 636(b)(1). Judge Bernthal's  Recommendations are, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#16, #17) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#12) is GRANTED.

(3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#15) is DENIED.

(4) This case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g), sentence 4.

(5) This case is terminated.

ENTERED this 5th day of October, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE